# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PINTO MIRROR & GLASS CO § Case No. 12-38909-BWB
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 29, 2012. The undersigned trustee was appointed on September 29, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $   29,250.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,640.74 |
| Bank service fees | 933.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]  $ | 26,675.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/25/2013 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,675.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,675.00, for a total compensation of $3,675.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38909-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** PINTO MIRROR & GLASS CO  **Filed (f) or Converted (c):** 09/29/12 (f)
  **§341(a) Meeting Date:** 02/07/13
**Period Ending:** 04/29/15  **Claims Bar Date:** 07/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  FIVE DESKS | 1,200.00 | 0.00 | | 0.00 | FA |
| 2  BOOK CASES | 340.00 | 0.00 | | 0.00 | FA |
| 3  PRINTER/COMPUTER | 350.00 | 0.00 | | 0.00 | FA |
| 4  MISC SUPPLIES | 300.00 | 0.00 | | 0.00 | FA |
| 5  2000 CHEVY K3500 PU TRUCK | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6  2009 CHEVY EXPRESS G2 CARGO VAN | 10,000.00 | 10,000.00 | | 12,000.00 | FA |
| 7  2004 CHEVY C 3500 | 8,000.00 | 8,000.00 | | 14,000.00 | FA |
| 8  2002 CHEVY EXPRESS G3 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9  BAVOLONI MACHINE | 40,000.00 | 0.00 | | 0.00 | FA |
| 10  PUNCH MACHINE | 500.00 | 0.00 | | 0.00 | FA |
| 11  MISC SUPPLIES | 2,000.00 | 0.00 | | 0.00 | FA |
| 12  2003 CHEVROLET 3500 TRUCK (u) | 3,250.00 | 0.00 | | 3,250.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$75,940.00** | **$23,000.00** | | **$29,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TAX RETURNS BEING PREPARED; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** June 30, 2015

Printed: 04/29/2015 12:30 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-38909-BWB  
**Case Name:** PINTO MIRROR & GLASS CO  
**Taxpayer ID #:** **-***6587  
**Period Ending:** 04/29/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/13 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF VEHICLES | | 26,000.00 | | 26,000.00 |
| | {6} | | 2009 CHEVROLET G2500 VAN    12,000.00 | 1129-000 | | | 26,000.00 |
| | {7} | | 2004 CHEVROLET 3500 TRUCK    14,000.00 | 1129-000 | | | 26,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.45 | 25,982.55 |
| 05/13/13 | 101 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 22.18 | 25,960.37 |
| 05/29/13 | {12} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 2003 CHEVY TRUCK | 1229-000 | 3,250.00 | | 29,210.37 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.76 | 29,171.61 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.16 | 29,132.45 |
| 07/29/13 | 102 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF EXPENSES | 3620-000 | | 232.50 | 28,899.95 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.09 | 28,853.86 |
| 08/19/13 | 103 | AMERICAN AUCTION ASSOCIATES, INC. | PER ORDER OF JUNE 7, 2013 | 3620-000 | | 1,337.66 | 27,516.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.56 | 27,474.64 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.19 | 27,436.45 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.41 | 27,393.04 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.77 | 27,356.27 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.28 | 27,312.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.59 | 27,272.40 |
| 02/03/14 | 104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-38909, BOND#016026455 | 2300-000 | | 22.87 | 27,249.53 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.59 | 27,212.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.83 | 27,175.11 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.69 | 27,133.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.02 | 27,094.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.67 | 27,056.73 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.81 | 27,013.92 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.55 | 26,976.37 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.38 | 26,934.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.03 | 26,894.96 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 26,860.15 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.78 | 26,816.37 |

Subtotals :    $29,250.00    $2,433.63

{} Asset reference(s)

Printed: 04/29/2015 12:30 PM    V.13.21

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-38909-BWB  
**Case Name:** PINTO MIRROR & GLASS CO  

**Taxpayer ID #:** **-***6587  
**Period Ending:** 04/29/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.57 | 26,777.80 |
| 02/26/15 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 25.53 | 26,752.27 |
| 02/26/15 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -25.53 | 26,777.80 |
| 02/26/15 | 106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 25.98 | 26,751.82 |
| 02/26/15 | 106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -25.98 | 26,777.80 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 | 2300-000 | | 25.53 | 26,752.27 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.94 | 26,716.33 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.01 | 26,675.32 |
| | | | ACCOUNT TOTALS | | 29,250.00 | 2,574.68 | $26,675.32 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,250.00 | 2,574.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,250.00** | **$2,574.68** | |

Net Receipts :          29,250.00  
─────────────  
Net Estate :          $29,250.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8466 | 29,250.00 | 2,574.68 | 26,675.32 |
| | $29,250.00 | $2,574.68 | $26,675.32 |

{} Asset reference(s)                                                             Printed: 04/29/2015 12:30 PM     V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2013

**Case Number:** 12-38909-BWB  
**Debtor Name:** PINTO MIRROR & GLASS CO  

Page: 1

**Date:** April 29, 2015  
**Time:** 12:30:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $3,675.00 | $0.00 | 3,675.00 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $3,587.15 | $0.00 | 3,587.15 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $87.51 | $0.00 | 87.51 |
| 4P 520 | Intl Pntrs and Allied Trades Industry Pension Fund<br>c/o Dawn Costa, Esq. Jennings Sigmond, P<br>510 Walnut St., 16th Floor<br>Philadelphia, PA 19106 | Priority | | $10,953.67 | $0.00 | 10,953.67 |
| 2P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $906.00 | $0.00 | 906.00 |
| 1 610 | Old Plank Trail Community Bank N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>chicago, IL 60603 | Unsecured | | $286,850.38 | $0.00 | 286,850.38 |
| 2U 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $108.72 | $0.00 | 108.72 |
| 3 610 | Tee Jay Service Company, Inc<br>951 North Raddant Road<br>POB 369<br>Batavia, IL 60510 | Unsecured | | $9,657.00 | $0.00 | 9,657.00 |
| 4U 610 | Intl Pntrs and Allied Trades Industry Pension Fund<br>c/o Dawn Costa, Esq. Jennings Sigmond, P<br>510 Walnut St., 16th Floor<br>Philadelphia, PA 19106 | Unsecured | | $2,694.08 | $0.00 | 2,694.08 |
| 5 610 | Speedway LLC<br>PO Box 1590<br>Springfield, OH 45501 | Unsecured | | $4,563.98 | $0.00 | 4,563.98 |
| 6 610 | Roseann Pinto<br>7775 Bristol Park Dr.,<br>Unit 2SW<br>Tinley Park, IL 60477 | Unsecured | | $1,650.00 | $0.00 | 1,650.00 |
| **<< Totals >>** | | | | 324,733.49 | 0.00 | 324,733.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-38909-BWB
Case Name: PINTO MIRROR & GLASS CO
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 26,675.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 26,675.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,675.00 | 0.00 | 3,675.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 3,587.15 | 0.00 | 3,587.15 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 87.51 | 0.00 | 87.51 |

Total to be paid for chapter 7 administration expenses: $ 7,349.66
Remaining balance: $ 19,325.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,325.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,859.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 906.00 | 0.00 | 906.00 |
| 4P | Intl Pntrs and Allied Trades Industry Pension Fund | 10,953.67 | 0.00 | 10,953.67 |

**UST Form 101-7-TFR (05/1/2011)**

|                                              |              |
|----------------------------------------------:|-------------:|
| Total to be paid for priority claims:         | $ 11,859.67  |
| Remaining balance:                            | $ 7,465.99   |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 305,524.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Old Plank Trail Community Bank N.A. | 286,850.38 | 0.00 | 7,009.67 |
| 2U | Illinois Department of Revenue | 108.72 | 0.00 | 2.66 |
| 3 | Tee Jay Service Company, Inc | 9,657.00 | 0.00 | 235.98 |
| 4U | Intl Pntrs and Allied Trades Industry Pension Fund | 2,694.08 | 0.00 | 65.83 |
| 5 | Speedway LLC | 4,563.98 | 0.00 | 111.53 |
| 6 | Roseann Pinto | 1,650.00 | 0.00 | 40.32 |

|                                                       |              |
|------------------------------------------------------:|-------------:|
| Total to be paid for timely general unsecured claims: | $ 7,465.99   |
| Remaining balance:                                    | $ 0.00       |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

|                                                     |          |
|----------------------------------------------------:|---------:|
| Total to be paid for tardy general unsecured claims:| $ 0.00   |
| Remaining balance:                                  | $ 0.00   |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**