# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PINTO MIRROR & GLASS CO § Case No. 12-38909-BWB
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 07/24/2015 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/17/2015    By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PINTO MIRROR & GLASS CO § | Case No. 12-38909-BWB |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  29,250.00 |
| *and approved disbursements of* | $   2,574.68 |
| *leaving a balance on hand of* [1] | $  26,675.32 |
| **Balance on hand:** | $  26,675.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $  26,675.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,675.00 | 0.00 | 3,675.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 3,587.15 | 0.00 | 3,587.15 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 87.51 | 0.00 | 87.51 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   7,349.66 |
| Remaining balance: | $  19,325.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 19,325.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,859.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 906.00 | 0.00 | 906.00 |
| 4P | Intl Pntrs and Allied Trades Industry Pension Fund | 10,953.67 | 0.00 | 10,953.67 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 11,859.67 |
| Remaining balance: | $ | 7,465.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 305,524.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Old Plank Trail Community Bank N.A. | 286,850.38 | 0.00 | 7,009.67 |
| 2U | Illinois Department of Revenue | 108.72 | 0.00 | 2.66 |
| 3 | Tee Jay Service Company, Inc | 9,657.00 | 0.00 | 235.98 |
| 4U | Intl Pntrs and Allied Trades Industry Pension Fund | 2,694.08 | 0.00 | 65.83 |
| 5 | Speedway LLC | 4,563.98 | 0.00 | 111.53 |
| 6 | Roseann Pinto | 1,650.00 | 0.00 | 40.32 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,465.99 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                                 Case No. 12-38909-BWB
Pinto Mirror and Glass Co., Inc.                                       Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun               Page 1 of 2         Date Rcvd: Jun 18, 2015
                              Form ID: pdf006              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
db           #+Pinto Mirror and Glass Co., Inc.,    1005 Industry Road,    New Lenox, IL 60451-2674
aty           +Law Office of William J. Factor, Ltd.,    c/o William J. Factor,    105 W. Madison, Suite 1500,
                Chicago, IL 60602-4602
aty           +William J Factor,    Law Office of William J. Factor, Ltd.,    105 W. Madison, Suite 1500,
                Chicago, IL 60602-4602
19510435      +ABF,   1900 E. Lincoln Highway,    Chicago Heights, IL 60411-7704
19510436     #+Altrans,    13957 W. Illinois Highway, #2,    New Lenox, IL 60451-3228
19510438      +Bid Tool,    PO Box 981097,    Boston, MA 02298-1097
19510439      +C&C Communications,    9910 West 190th Street,    Mokena, IL 60448-5607
19510442      +CR Laurence,    PO Box 58923,    Los Angeles, CA 90058-0923
19510440      +Capital One,    P.O. Box 650007,    Dallas, TX 75265-0007
19510441      +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
19510443      +Custom Glass Products,    7515 Venture Circle,    Schofield, WI 54476-4560
19510444      +Dex One,    PO Box 9001401,    Louisville, KY 40290-1401
19510446      +Dorma,    PO Box 347404,    Pittsburgh, PA 15251-4404
19510447      +Dryco,    5400 Janes Avenue,    Downers Grove, IL 60515-4234
19510449      +Frontier Construction,    7615 Plaza Court,    Willowbrook, IL 60527-5619
19510450       Gardner Glass,    PO Box 60356,    Charlotte, NC 28260
19510453      +Illini Hireach,    15 N 320 Route 25,    Unit A,    Dundee, IL 60118-1607
20432353       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
20533897      +Intl Pntrs and Allied Trades Industry Pension Fund,     c/o Dawn Costa, Esq. Jennings Sigmond, P,
                510 Walnut St., 16th Floor,    Philadelphia, PA 19106-3619
19510454      +Knight Security Alarms,    113 Ford Drive,    PO Box 333,    New Lenox, IL 60451-0333
19510455      +Lowes Business Card Account,    PO Box 530970,    Atlanta, GA 30353-0970
19510456      +Midwest Automatic,    9114 Virginai Road,    Suite 107,    Lake in the Hills, IL 60156-9605
19510458      +Old Plank Trail Community Bank,    20012 Wolf Road,    Mokena, IL 60448-9953
19614002      +Old Plank Trail Community Bank N.A,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,
                Chicago, IL 60603-1526
19510459      +Oldcastle Bensenville,    1001 Foster Avenue,    Bensenville, IL 60106-1445
19510460      +Oldcastle Chicago,    4161 S. Michigan Avenue,    Chicago, IL 60653
19510461      +Oldcastle Indy,    4635 W 84th Street,    Indianapolis, IN 46268-5733
19510462      +Onglass,    PO Box 602656,    Charlotte, NC 28260-2656
19510463      +Roseann Pinto,    7775 Bristol Park Dr.,,    Unit 2SW,    Tinley Park, IL 60477-8704
19510464      +S&S Panel,    647 Thomas Drive,    Bensenville, IL 60106-1622
19510466      +Sealant,    239 James Street,    Bensenville, IL 60106-3318
19510467      +Serf,    9425 Gulfstream Road,    Frankfort, IL 60423-2518
19510468      +Southwest Rapid Rewards,    PO Box 15153,    Wilmington, DE 19886-5153
20356487      +Speedway LLC,    PO Box 1590,    Springfield OH 45501-1590
19510469       Speedway LLC,    PO Box 15890,    Springfield, OH 45501
19510470      +Teejay Services,    PO Box 369,    Batavia, IL 60510-0369
19510471      +The Home Depot Mastercard,    PO Box 790340,    Saint Louis, MO 63179-0340
19510472      +Turner Construction Company,    55 E. Monroe Street,    Suite 3100,    Chicago, IL 60603-5763
19510474      +UPS,    PO Box 7247,    Philadelphia, PA 19170-0001
19510473      +United Mileage Plus,    PO Box 15153,    Wilmington, DE 19886-5153
19510475      +Vetrotech,    2108 B Street NW,    Auburn, WA 98001-1624
19510476      +YKK,    1229 Highway 441 Bypass,    Dublin, GA 31021-1694
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19510437      +E-mail/Text: g17768@att.com Jun 19 2015 00:55:01       AT&T,    PO Box 9001309,
                Louisville, KY 40290-1309
19510445      +E-mail/Text: Bankruptcy.Consumer@dish.com Jun 19 2015 00:55:55        Dish Network,    Dept. 0063,
                Palatine, IL 60055-0001
19510448      +E-mail/Text: john.sullivan@elfco.com Jun 19 2015 00:55:57        Elfco,    9860 Clearvue Court,
                Mokena, IL 60448-8954
19510457      +E-mail/Text: bankrup@aglresources.com Jun 19 2015 00:54:50        Nicor Gas,    P.O. Box 416,
                Aurora, IL 60568-0001
20460309      +Fax: 6304061456 Jun 19 2015 01:22:19       Tee Jay Service Company, Inc,     951 North Raddant Road,
                POB 369,    Batavia, Il 60510-0369
                                                                                                TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19614007*     +Old Plank Trail Community Bank N.A.,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,
                chicago, IL 60603-1526
19510451     ##+Glasssource,    1845 Industrial Park Drive,    Grand Haven, MI 49417-7970
19510452     ##+ICS,   P.O. Box 646,    Oak Lawn, IL 60454-0646
19510465     ##+Sam and Joan Romano,    9230 Earls Court,    Tinley Park, IL 60487-4799
                                                                                   TOTALS: 0, * 1, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: mrahmoun            Page 2 of 2              Date Rcvd: Jun 18, 2015
                              Form ID: pdf006          Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2015 at the address(es) listed below:

```
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              David E Grochocinski    on behalf of Auctioneer    American Auction Associates, Inc.
               lawyers@innovalaw.com, lawyers@innovalaw.com
              Eric G Zelazny    on behalf of Debtor    Pinto Mirror and Glass Co., Inc. Eric@lwslaw.com
              Fred R Harbecke    on behalf of Creditor    Old plank Trail Community Bank NA
               fredrharbecke@sbcglobal.net
              John A Reed    on behalf of Creditor Nick G. Pinto barbf@thebankruptcylaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Thomas B Sullivan    on behalf of Accountant    Alan D. Lasko & Associates P.C.
               tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                            TOTAL: 8
```