**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PINTO MIRROR & GLASS CO           § Case No. 12-38909-BWB
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $54,690.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,325.66     Claims Discharged
                                                Without Payment: $298,058.17

Total Expenses of Administration: $9,924.34

---

    3) Total gross receipts of $ 29,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $29,250.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,924.34 | 9,924.34 | 9,924.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,859.67 | 11,859.67 | 11,859.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 305,524.16 | 305,524.16 | 7,465.99 |
| **TOTAL DISBURSEMENTS** | $0.00 | $327,308.17 | $327,308.17 | $29,250.00 |

4) This case was originally filed under Chapter 7 on September 29, 2012. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2015     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 CHEVY EXPRESS G2 CARGO VAN | 1129-000 | 12,000.00 |
| 2004 CHEVY C 3500 | 1129-000 | 14,000.00 |
| 2003 CHEVROLET 3500 TRUCK | 1229-000 | 3,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,675.00 | 3,675.00 | 3,675.00 |
| Alan D. Lasko | 3410-000 | N/A | 3,587.15 | 3,587.15 | 3,587.15 |
| Alan D. Lasko | 3420-000 | N/A | 87.51 | 87.51 | 87.51 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 17.45 | 17.45 | 17.45 |
| UPS | 2990-000 | N/A | 22.18 | 22.18 | 22.18 |
| Rabobank, N.A. | 2600-000 | N/A | 38.76 | 38.76 | 38.76 |
| Rabobank, N.A. | 2600-000 | N/A | 39.16 | 39.16 | 39.16 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 232.50 | 232.50 | 232.50 |
| Rabobank, N.A. | 2600-000 | N/A | 46.09 | 46.09 | 46.09 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 1,337.66 | 1,337.66 | 1,337.66 |
| Rabobank, N.A. | 2600-000 | N/A | 41.56 | 41.56 | 41.56 |
| Rabobank, N.A. | 2600-000 | N/A | 38.19 | 38.19 | 38.19 |
| Rabobank, N.A. | 2600-000 | N/A | 43.41 | 43.41 | 43.41 |
| Rabobank, N.A. | 2600-000 | N/A | 36.77 | 36.77 | 36.77 |
| Rabobank, N.A. | 2600-000 | N/A | 43.28 | 43.28 | 43.28 |
| Rabobank, N.A. | 2600-000 | N/A | 40.59 | 40.59 | 40.59 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 22.87 | 22.87 | 22.87 |
| Rabobank, N.A. | 2600-000 | N/A | 36.59 | 36.59 | 36.59 |
| Rabobank, N.A. | 2600-000 | N/A | 37.83 | 37.83 | 37.83 |
| Rabobank, N.A. | 2600-000 | N/A | 41.69 | 41.69 | 41.69 |
| Rabobank, N.A. | 2600-000 | N/A | 39.02 | 39.02 | 39.02 |
| Rabobank, N.A. | 2600-000 | N/A | 37.67 | 37.67 | 37.67 |
| Rabobank, N.A. | 2600-000 | N/A | 42.81 | 42.81 | 42.81 |
| Rabobank, N.A. | 2600-000 | N/A | 37.55 | 37.55 | 37.55 |
| Rabobank, N.A. | 2600-000 | N/A | 41.38 | 41.38 | 41.38 |
| Rabobank, N.A. | 2600-000 | N/A | 40.03 | 40.03 | 40.03 |
| Rabobank, N.A. | 2600-000 | N/A | 34.81 | 34.81 | 34.81 |
| Rabobank, N.A. | 2600-000 | N/A | 43.78 | 43.78 | 43.78 |
| Rabobank, N.A. | 2600-000 | N/A | 38.57 | 38.57 | 38.57 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 25.53 | 25.53 | 25.53 |
| Rabobank, N.A. | 2600-000 | N/A | 35.94 | 35.94 | 35.94 |
| Rabobank, N.A. | 2600-000 | N/A | 41.01 | 41.01 | 41.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,924.34 | $9,924.34 | $9,924.34 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | N/A | 906.00 | 906.00 | 906.00 |
| 4P | Intl Pntrs and Allied Trades Industry Pension Fund | 5400-000 | N/A | 10,953.67 | 10,953.67 | 10,953.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $11,859.67 | $11,859.67 | $11,859.67 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Old Plank Trail Community Bank N.A. | 7100-000 | N/A | 286,850.38 | 286,850.38 | 7,009.67 |
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 108.72 | 108.72 | 2.66 |
| 3 | Tee Jay Service Company, Inc | 7100-000 | N/A | 9,657.00 | 9,657.00 | 235.98 |
| 4U | Intl Pntrs and Allied Trades Industry Pension Fund | 7100-000 | N/A | 2,694.08 | 2,694.08 | 65.83 |
| 5 | Speedway LLC | 7100-000 | N/A | 4,563.98 | 4,563.98 | 111.53 |
| 6 | Roseann Pinto | 7100-000 | N/A | 1,650.00 | 1,650.00 | 40.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $305,524.16 | $305,524.16 | $7,465.99 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38909-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** PINTO MIRROR & GLASS CO  **Filed (f) or Converted (c):** 09/29/12 (f)
 **§341(a) Meeting Date:** 02/07/13
**Period Ending:** 10/25/15  **Claims Bar Date:** 07/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   FIVE DESKS | 1,200.00 | 0.00 | | 0.00 | FA |
| 2   BOOK CASES | 340.00 | 0.00 | | 0.00 | FA |
| 3   PRINTER/COMPUTER | 350.00 | 0.00 | | 0.00 | FA |
| 4   MISC SUPPLIES | 300.00 | 0.00 | | 0.00 | FA |
| 5   2000 CHEVY K3500 PU TRUCK | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6   2009 CHEVY EXPRESS G2 CARGO VAN | 10,000.00 | 10,000.00 | | 12,000.00 | FA |
| 7   2004 CHEVY C 3500 | 8,000.00 | 8,000.00 | | 14,000.00 | FA |
| 8   2002 CHEVY EXPRESS G3 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9   BAVOLONI MACHINE | 40,000.00 | 0.00 | | 0.00 | FA |
| 10  PUNCH MACHINE | 500.00 | 0.00 | | 0.00 | FA |
| 11  MISC SUPPLIES | 2,000.00 | 0.00 | | 0.00 | FA |
| 12  2003 CHEVROLET 3500 TRUCK (u) | 3,250.00 | 0.00 | | 3,250.00 | FA |
| **12  Assets   Totals** (Excluding unknown values) | **$75,940.00** | **$23,000.00** | | **$29,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   SENT FINAL REPORT TO US TEE 5/5/15
   TAX RETURNS BEING PREPARED; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    June 30, 2015

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-38909-BWB
**Case Name:** PINTO MIRROR & GLASS CO
**Taxpayer ID #:** **-***6587
**Period Ending:** 10/25/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******8466 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/15/13 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF VEHICLES | | | 26,000.00 | | 26,000.00 |
| | {6} | | 2009 CHEVROLET G2500 VAN | 12,000.00 | 1129-000 | | | 26,000.00 |
| | {7} | | 2004 CHEVROLET 3500 TRUCK | 14,000.00 | 1129-000 | | | 26,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.45 | 25,982.55 |
| 05/13/13 | 101 | UPS | OVERNIGHT DELIVERY FEES | | 2990-000 | | 22.18 | 25,960.37 |
| 05/29/13 | {12} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 2003 CHEVY TRUCK | | 1229-000 | 3,250.00 | | 29,210.37 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 38.76 | 29,171.61 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.16 | 29,132.45 |
| 07/29/13 | 102 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF EXPENSES | | 3620-000 | | 232.50 | 28,899.95 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 46.09 | 28,853.86 |
| 08/19/13 | 103 | AMERICAN AUCTION ASSOCIATES, INC. | PER ORDER OF JUNE 7, 2013 | | 3620-000 | | 1,337.66 | 27,516.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.56 | 27,474.64 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 38.19 | 27,436.45 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.41 | 27,393.04 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.77 | 27,356.27 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.28 | 27,312.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.59 | 27,272.40 |
| 02/03/14 | 104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-38909, BOND#016026455 | | 2300-000 | | 22.87 | 27,249.53 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.59 | 27,212.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 37.83 | 27,175.11 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.69 | 27,133.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.02 | 27,094.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 37.67 | 27,056.73 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.81 | 27,013.92 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 37.55 | 26,976.37 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.38 | 26,934.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.03 | 26,894.96 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.81 | 26,860.15 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.78 | 26,816.37 |

Subtotals :        $29,250.00        $2,433.63

{} Asset reference(s)

Printed: 10/25/2015 11:11 AM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-38909-BWB  
**Case Name:** PINTO MIRROR & GLASS CO  
**Taxpayer ID #:** **-***6587  
**Period Ending:** 10/25/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.57 | 26,777.80 |
| 02/26/15 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 25.53 | 26,752.27 |
| 02/26/15 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -25.53 | 26,777.80 |
| 02/26/15 | 106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 25.98 | 26,751.82 |
| 02/26/15 | 106 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -25.98 | 26,777.80 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-38909, BOND NUMBER 10BSBGR6291 | 2300-000 | | 25.53 | 26,752.27 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.94 | 26,716.33 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.01 | 26,675.32 |
| 07/29/15 | 108 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,675.00, Trustee Compensation; Reference: | 2100-000 | | 3,675.00 | 23,000.32 |
| 07/29/15 | 109 | Alan D. Lasko | Dividend paid 100.00% on $3,587.15, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,587.15 | 19,413.17 |
| 07/29/15 | 110 | Alan D. Lasko | Dividend paid 100.00% on $87.51, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 87.51 | 19,325.66 |
| 07/29/15 | 111 | Intl Pntrs and Allied Trades Industry Pension Fund | Dividend paid 100.00% on $10,953.67; Claim# 4P; Filed: $10,953.67; Reference: | 5400-000 | | 10,953.67 | 8,371.99 |
| 07/29/15 | 112 | Illinois Department of Revenue | Dividend paid 100.00% on $906.00; Claim# 2P; Filed: $906.00; Reference: | 5800-000 | | 906.00 | 7,465.99 |
| 07/29/15 | 113 | Old Plank Trail Community Bank N.A. | Dividend paid 2.44% on $286,850.38; Claim# 1; Filed: $286,850.38; Reference: | 7100-000 | | 7,009.67 | 456.32 |
| 07/29/15 | 114 | Illinois Department of Revenue | Dividend paid 2.44% on $108.72; Claim# 2U; Filed: $108.72; Reference: | 7100-000 | | 2.66 | 453.66 |
| 07/29/15 | 115 | Tee Jay Service Company, Inc | Dividend paid 2.44% on $9,657.00; Claim# 3; Filed: $9,657.00; Reference: | 7100-000 | | 235.98 | 217.68 |

Subtotals : $0.00 $26,598.69

{} Asset reference(s)        Printed: 10/25/2015 11:11 AM V.13.23

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-38909-BWB  
**Case Name:** PINTO MIRROR & GLASS CO  
**Taxpayer ID #:** **-***6587  
**Period Ending:** 10/25/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/15 | 116 | Intl Pntrs and Allied Trades Industry Pension Fund | Dividend paid   2.44% on $2,694.08; Claim# 4U; Filed: $2,694.08; Reference: | 7100-000 | | 65.83 | 151.85 |
| 07/29/15 | 117 | Speedway LLC | Dividend paid   2.44% on $4,563.98; Claim# 5; Filed: $4,563.98; Reference: | 7100-000 | | 111.53 | 40.32 |
| 07/29/15 | 118 | Roseann Pinto | Dividend paid   2.44% on $1,650.00; Claim# 6; Filed: $1,650.00; Reference: | 7100-000 | | 40.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,250.00 | 29,250.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,250.00 | 29,250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,250.00** | **$29,250.00** | |

Net Receipts : 29,250.00  
――――――――  
Net Estate : $29,250.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8466** | 29,250.00 | 29,250.00 | 0.00 |
| | **$29,250.00** | **$29,250.00** | **$0.00** |

{} Asset reference(s)   Printed: 10/25/2015 11:11 AM   V.13.23